

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00638-CR

Joe **LEE**,
Appellant

v.

The **STATE** of Texas,

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10795
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 18, 2015.

Luz Elena D. Chapa, Justice